# EXHIBIT C-1

1/10/2026 3:44 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 109902809
By: Nelson Cuero
Filed: 1/12/2026 12:00 AM

CAUSE NO. _____

| | | |
|---|---|---|
| NICHOLAS A. MILAZZO, | § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| | § | |
| v. | § | \_\_\_\_ JUDICIAL DISTRICT |
| | § | |
| UNITED AIRLINES, INC., | § | |
| UNIFI AVIATION, LLC, AND | § | |
| PROSPECT AIRPORT SERVICES, INC., | § | |
| *Defendants.* | § | HARRIS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff, **NICHOLAS A. MILAZZO**, files this, his Original Petition, against Defendants,

**UNITED AIRLINES, INC., UNIFI AVIATION, LLC,** and **PROSPECT AIRPORT**

**SERVICES, INC.,** and alleges as follows:

### I.
### DISCOVERY CONTROL PLAN

1.    Plaintiff intends to conduct discovery under Level III of the Texas Rules of Civil Procedure

and will seek a Scheduling Order governing the conduct of discovery.

### II.
### PARTIES

2.    Plaintiff, Nicholas A. Milazzo, is an individual residing in Fort Bend County, Texas.

3.    Defendant, United Airlines, Inc., is a foreign corporation doing business in Harris County,

Texas, and may be served through its registered agent, Corporation Service Company d/b/a CSC-

Lawyers Incorporating Service Company, at 211 E. 7th St., Suite 620, Austin, Texas 78701.

4.    Defendant, Unifi Aviation, LLC, is a foreign limited liability company doing business in

Texas, and may be served through its registered agent, Corporation Service Company d/b/a CSC-

Lawyers Incorporating Service Company, at 211 E. 7th St., Suite 620, Austin, Texas 78701.

5.    Defendant, Prospect Airport Services, Inc., is a foreign corporation doing business in

Texas, and may be served through its registered agent, Corporation Service Company d/b/a CSC-

Lawyers Incorporating Service Company, at 211 E. 7th St., Suite 620, Austin, Texas 78701.

### III.
### JURISDICTION & VENUE

6.     This Court has subject-matter jurisdiction over this lawsuit because the amount in controversy exceeds the minimum jurisdictional limits of this Court.

7.     Venue is proper in Harris County, Texas, because a substantial part of the events or omissions giving rise to this lawsuit occurred in Harris County, Defendants conduct business in Harris County, and damages were sustained in Harris County.

### IV.
### FACTUAL BACKGROUND

8.     Plaintiff is a C4 quadriplegic who relies on a Permobil F5 power wheelchair for mobility, safety, and basic human dignity. Defendants undertook duties to safely handle Plaintiff, his wheelchair, and related medical equipment during interstate air travel.

9.     During Plaintiff's round-trip travel between Houston, Texas and Las Vegas, Nevada, Defendants failed to safely accommodate Plaintiff's disability, subjected him to public humiliation, mishandled and damaged his wheelchair, and ultimately rendered it a total loss.

10.     Plaintiff was forced to endure unsafe manual transfers, transport through crowded public concourses in an unsupportive wheelchair, prolonged public exposure in an aisle chair, and a complete loss of independence.

11.     Upon return to Houston, Plaintiff's wheelchair was discovered to be severely damaged. An independent complex rehabilitation technology provider later determined the wheelchair to be a total loss, requiring full replacement.

## V.
## CAUSES OF ACTION

**COUNT 1 – NEGLIGENCE**

12.    Defendants owed Plaintiff a duty of reasonable care. Defendants breached that duty by failing to follow proper disability accommodation protocols, failing to use appropriate lifting techniques and/or equipment, and mishandling Plaintiff's power wheelchair. These breaches proximately caused Plaintiff's damages.

**COUNT 2 – GROSS NEGLIGENCE**

12.    Defendants' acts and omissions involved an extreme degree of risk and Defendants had actual, subjective awareness of the risk yet proceeded with conscious indifference to Plaintiff's safety and rights.

**COUNT 3 – NEGLIGENT UNDERTAKING**

13.    Defendants undertook services for Plaintiff's protection and failed to perform those services with reasonable care, increasing the risk of harm.

## VI.
## DAMAGES

14.    Plaintiff seeks damages including, but not limited to:

- Past and future medical and equipment expenses;

- Cost of power wheelchair replacement and related accessories;

- Loss of use and loss of independence;

- Physical pain and mental anguish;

- Humiliation and loss of dignity; and

- Exemplary damages.

- 3 -

## VII.
## JURY DEMAND

15.    Plaintiff demands a trial by jury and tenders the appropriate jury fee.

## VIII.
## PRAYER

16.    Plaintiff respectfully requests that Defendants be cited to appear and answer, and that upon

trial, Plaintiff recover judgment against Defendants for all damages within the jurisdiction of the

Court, costs of court, interest, and such other and further relief to which Plaintiff may be justly

entitled.

Respectfully submitted,

By:    /s/ Nicholas A. Milazzo_____
       Nicholas A. Milazzo
       SBN: 24098101
       2722 Quail Creek Dr.
       Missouri City, Texas 77459
       Ph: (281) 450-5752
       namilazzo@gmail.com

**PLAINTIFF PRO SE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was forwarded to all interested parties in compliance with the Texas Rules of Civil Procedure on this the 9th day of January 2026.

____/s/Nicholas A. Milazzo_____
       Nicholas A. Milazzo

- 4 -

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicholas Milazzo on behalf of Nicholas Milazzo
Bar No. 24098101
namilazzo@gmail.com
Envelope ID: 109902809
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition
Status as of 1/12/2026 8:52 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nicholas Milazzo | | namilazzo@gmail.com | 1/10/2026 3:44:21 PM | SENT |